Jennifer Romano (SBN 195953)
jromano@crowell.com
Junga P. Kim (SBN 198980)
jpkim@crowell.com
Kelsey A. Hill (SBN 329496)
khill@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

*Attorneys for Defendant,*
UHC of California (erroneously sued as "United HealthCare Services, Inc.")

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| CATHERINE BROWN, AS SUCCESSOR-IN-INTEREST TO LILLIAN MARIE BROWN, DECEASED,<br><br>Plaintiff,<br><br>vs.<br><br>ARROWHEAD REGIONAL MEDICAL CENTER, COUNTY OF SAN BERNARDINO, SAN ANTONIO REGIONAL HOSPITAL, UPLAND REHABILITATION AND CARE CENTER, UNITED HEALTHCARE SERVICES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>[Removal from the Superior Court of California, County of San Bernardino, Case No. CIVSB2535674]<br><br>**DECLARATION OF JENNIFER C. GRAHAM IN SUPPORT OF DEFENDANT UHC OF CALIFORNIA'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1442 AND 1446 (FEDERAL OFFICER REMOVAL)**<br><br>Compl. Filed: December 5, 2025<br><br>[*Filed concurrently with Notice of Removal of Civil Action*] |

**DECLARATION OF JENNIFER C. GRAHAM**
**IN SUPPORT OF REMOVAL**

I, Jennifer C. Graham, declare and state as follows:

1. I am employed by United HealthCare Services, Inc. ("UHS") as Vice President for Medicare Advantage Products for UHS and its affiliates, including UHC of California ("UHCCA") (collectively, "United"). I make the following Declaration in support of the Notice of Removal of Civil Action Under 28 U.S.C. §§ 1442 and 1446 filed by Defendant UHCCA, erroneously sued as United Healthcare Services, Inc. If sworn as a witness, I could, and would, testify competently to each fact herein.

2. In my capacity as Vice President for Medicare Advantage Products, I am familiar with UHCCA's role as a Medicare Advantage Organization ("MAO"), its contracts with the Centers for Medicare and Medicaid Services ("CMS") to provide Medicare benefits under Part C of the Medicare Act, and its administration of Medicare Advantage health benefit plans. I have access to, and personal knowledge of certain United business records relating to the health benefit plans issued and/or administered by United, which include health benefit plan documents and benefit booklets. I am familiar with United's internal systems for identifying Medicare health benefit plans in which a member is enrolled. I am also familiar with United's process for maintaining health benefit plan documents and have retrieved and supervised the retrieval of such documents from United's electronic record-keeping systems that are kept by United in the regular course of business. Unless otherwise stated, this Declaration is based on my personal knowledge and experience, which I have obtained through my position and through my review of the Medicare health benefit plans at issue in the above-captioned matter.

3. I have reviewed Plaintiff Catherine Brown's ("Plaintiff") Complaint filed in the above-captioned matter. Although Plaintiff identified UHS as the entity which issued coverage for Lillian Marie Brown ("Ms. Brown") — the member

identified in Plaintiff's Complaint — Ms. Brown was insured under a Medicare Advantage policy administered by UHCCA for the 2024 Calendar Year. Ms. Brown's insurance policy was governed by and subject to the CMS contract described herein and to the applicable CMS rules and regulations.

4. According to United's electronic records, Ms. Brown was enrolled in and a participant in a UnitedHealthcare Group Medicare Advantage (HMO) plan, which was in effect January 1, 2024 to December 31, 2024 (the "2024 MA Plan"). Based on my review of the policy information, including the Evidence of Coverage, I have confirmed that the 2024 MA Plan was a group retiree health benefit plan sponsored by L3 Harris Technologies, Inc. and assigned the Group Number 144523.

5. UHCCA is the MAO that was charged with administering the 2024 MA Plan. In its role as an MAO, UHCCA must comply with all Medicare regulations and guidance.

6. UHCCA provides Medicare Advantage ("MA) health benefit plans and benefits like the 2024 MA Plan at issue at the discretion of CMS, an agency with the U.S. Department of Health and Human Services.

7. Based on my review of the relevant policy information, I have confirmed that the 2024 MA Plan at issue is an MA Plan that is offered by UHCCA through Part C of the Medicare Act.

8. UHCCA can be found on the publicly-available CMS MA Plan Directory. Within the CMS website, under download "MA Plan Directory," is a directory of every contract entered into between an MAO and CMS to provide Medicare benefits to Medicare-eligible individuals. The directory was last updated on December 12, 2025. The website is available at the following URL:

https://www.cms.gov/data-research/statistics-trends-and-reports/medicare-advantagepart-d-contract-and-enrollment-data/ma-plan-directory.

9. UHCCA is listed in the CMS MA Plan Directory as an MAO. In reviewing the directory, the relevant CMS contract relating to Ms. Brown's 2024 MA Plan administered by UHCCA is identified as Contract Number H0543.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 11th day of February, 2026, at Minnetonka, Minnesota.

By____________________
Jennifer C. Graham