Jennifer Romano (SBN 195953)
jromano@crowell.com
Junga P. Kim (SBN 198980)
jpkim@crowell.com
Kelsey A. Hill (SBN 329496)
khill@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

*Attorneys for Defendant,*
UHC of California (erroneously sued as "United HealthCare Services, Inc.")

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

CATHERINE BROWN, AS SUCCESSOR-IN-INTEREST TO LILLIAN MARIE BROWN, DECEASED,

Plaintiff,

vs.

ARROWHEAD REGIONAL MEDICAL CENTER, COUNTY OF SAN BERNARDINO, SAN ANTONIO REGIONAL HOSPITAL, UPLAND REHABILITATION AND CARE CENTER, UNITED HEALTHCARE SERVICES, INC., and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:26-cv-00658-DTB

**DECLARATION OF JENNIFER C. GRAHAM IN SUPPORT OF DEFENDANT UHC OF CALIFORNIA'S MOTION TO DISMISS COMPLAINT**

Date: March 19, 2026
Time: 10:00 a.m.
Place: Courtroom 4, 3rd Floor

Compl. Filed: December 5, 2025
Case Removed: February 12, 2026

Magistrate Judge David T. Bristow

[*Filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Law in Support Thereof; Request for Judicial Notice; [Proposed] Order Granting Motion to Dismiss; [Proposed] Order Granting Request for Judicial Notice*]

**DECLARATION OF JENNIFER C. GRAHAM**
**IN SUPPORT OF MOTION TO DISMISS**

I, Jennifer C. Graham, declare and state as follows:

1. I am employed by United HealthCare Services, Inc. ("UHS") as Vice President for Medicare Advantage Products for UHS and its affiliates, including UHC of California ("UHCCA") (collectively, "United"). I make the following Declaration in support of Defendant UHCCA's Motion to Dismiss the Complaint of Plaintiff Catherine Brown ("Plaintiff"), as successor-in-interest to Lillian Marie Brown ("Ms. Brown"), pursuant to Federal Rule of Civil Procedure 12(b)(6). If sworn as a witness, I could, and would, testify competently to each fact herein.

2. In my capacity as Vice President for Medicare Advantage Products, I am familiar with UHCCA's role as a Medicare Advantage Organization ("MAO"), its contracts with the Centers for Medicare and Medicaid Services ("CMS") to provide Medicare benefits under Part C of the Medicare Act, and its administration of Medicare Advantage health benefit plans. I have access to, and personal knowledge of certain United business records relating to the health benefit plans issued and/or administered by United, which include health benefit plan documents and benefit booklets, and have access to United member account records and other documents relating to the benefits governing the claims at issue. I am familiar with United's internal systems for identifying Medicare health benefit plans in which a member is enrolled. I am also familiar with United's process for maintaining health benefit plan documents and have retrieved and supervised the retrieval of such documents from United's electronic record-keeping systems that are kept by United in the regular course of business. Unless otherwise stated, this Declaration is based on my personal knowledge and experience, which I have obtained through my position and through my review of the Medicare health benefit plans at issue in the above-captioned matter.

3. I have reviewed Plaintiff's Complaint filed in the above-captioned

matter. Although Plaintiff identified UHS as the entity which issued coverage for Lillian Marie Brown ("Ms. Brown") — the member identified in Plaintiff's Complaint — I have confirmed that Ms. Brown was, in fact, insured under a Medicare Advantage policy administered by UHCCA for the 2024 Calendar Year. Ms. Brown's Medicare Advantage policy was governed by and subject to the CMS contract described above and to the applicable CMS rules and regulations.

4. Based on my review of the relevant policy information, I have confirmed that Ms. Brown was enrolled in and a participant in a UnitedHealthcare Group Medicare Advantage (HMO) plan, which was in effect from January 1, 2024 to December 31, 2024 (the "2024 MA Plan"). I have also confirmed that the 2024 MA Plan at issue is a Medicare Advantage ("MA") Plan that is offered by UHCCA through Part C of the Medicare Act.

5. A true and correct copy of the Evidence of Coverage applicable to Ms. Brown's 2024 MA Plan has been submitted to the Court as **Exhibit A** to UHCCA's Motion to Dismiss and is the subject of UHCCA's related Request for Judicial Notice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18th day of February, 2026, at Minnetonka, Minnesota

By________________________

Jennifer C. Graham