Jennifer Romano (SBN 195953)
jromano@crowell.com
Junga P. Kim (SBN 198980)
jpkim@crowell.com
Kelsey A. Hill (SBN 329496)
khill@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

*Attorneys for Defendant,*
UHC of California (erroneously sued as "United HealthCare Services, Inc.")

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

CATHERINE BROWN, AS SUCCESSOR-IN-INTEREST TO LILLIAN MARIE BROWN, DECEASED,

Plaintiff,

vs.

ARROWHEAD REGIONAL MEDICAL CENTER, COUNTY OF SAN BERNARDINO, SAN ANTONIO REGIONAL HOSPITAL, UPLAND REHABILITATION AND CARE CENTER, UNITED HEALTHCARE SERVICES, INC., and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:26-cv-00658-DTB

**[PROPOSED] ORDER GRANTING DEFENDANT UHC OF CALIFORNIA'S MOTION TO DISMISS**

Date: March 19, 2026
Time: 10:00 a.m.
Place: Courtroom 4, 3rd Floor

Compl. Filed: December 5, 2025
Case Removed: February 12, 2026

Magistrate Judge David T. Bristow

[*Filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Law in Support Thereof; Declaration of Jennifer C. Graham; Request for Judicial Notice; [Proposed] Order Granting Request for Judicial Notice*]

# [PROPOSED] ORDER

The Motion to Dismiss of Defendant UHC of California ("UHCCA"), erroneously sued as United HealthCare Services, Inc. ("UHS"), to the Complaint of Plaintiff Catherine Brown ("Plaintiff"), as successor-in-interest to Lillian Marie Brown ("Ms. Brown"), came on for regularly-noticed hearing on March 19, 2026 at 10:00 a.m. in Courtroom 4, 3rd Floor of the above-entitled Court, located at 3470 Twelfth Street, Riverside, California 92501, the Honorable David T. Bristowe presiding. The appearances are as noted on the record.

Upon consideration of the pleadings, the papers, and the arguments of counsel, and with **GOOD CAUSE** shown, **IT IS HEREBY ORDERED** that:

- UHCCA's Motion to Dismiss Plaintiff's Complaint is **GRANTED [WITH] [WITHOUT] LEAVE TO AMEND** on the ground that Plaintiff's first cause of action for wrongful death and second cause of action for survivor action are preempted by the Medicare Act, 42 U.S.C. §§ 1395w-21 through 1395w-28, as amended by the Medicare Prescription Drug, Improvement, and Modernization Act of 2003.

**IT IS SO ORDERED.**

Dated: ____________________

____________________________
Honorable David T. Bristowe
U.S. Magistrate Judge