Jennifer Romano (SBN 195953)
jromano@crowell.com
Junga P. Kim (SBN 198980)
jpkim@crowell.com
Kelsey A. Hill (SBN 329496)
khill@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

*Attorneys for Defendant,*
UHC of California (erroneously sued as "United HealthCare Services, Inc.")

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

CATHERINE BROWN, AS SUCCESSOR-IN-INTEREST TO LILLIAN MARIE BROWN, DECEASED,

Plaintiff,

vs.

ARROWHEAD REGIONAL MEDICAL CENTER, COUNTY OF SAN BERNARDINO, SAN ANTONIO REGIONAL HOSPITAL, UPLAND REHABILITATION AND CARE CENTER, UNITED HEALTHCARE SERVICES, INC., and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:26-cv-00658-DTB

**[PROPOSED] ORDER GRANTING DEFENDANT UHC OF CALIFORNIA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

Date: March 19, 2026
Time: 10:00 a.m.
Place: Courtroom 4, 3rd Floor

Compl. Filed: December 5, 2025
Case Removed: February 12, 2026

Magistrate Judge David T. Bristow

[*Filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Law in Support Thereof; Declaration of Jennifer C. Graham; Request for Judicial Notice; [Proposed] Order Granting Motion to Dismiss*]

# [PROPOSED] ORDER

The Request for Judicial Notice of Defendant UHC of California ("UHCCA"), erroneously sued as United HealthCare Services, Inc. ("UHS"), in support of its Motion to Dismiss the Complaint of Plaintiff Catherine Brown ("Plaintiff"), as successor-in-interest to Lillian Marie Brown ("Ms. Brown"), came on for regularly-noticed hearing on March 19, 2026 at 10:00 a.m. in Courtroom 4, 3rd Floor of the above-entitled Court, located at 3470 Twelfth Street, Riverside, California 92501, the Honorable David T. Bristowe presiding. The appearances are as noted on the record.

Upon consideration of the pleadings, the papers, and the arguments of counsel, and the entire record herein, and with **GOOD CAUSE** shown, **IT IS HEREBY ORDERED** that UHCCA's Request for Judicial Notice is **GRANTED** and that the Court will take notice of the following:

- The Evidence of Coverage ("EOC") applicable to Ms. Brown's UnitedHealthcare Group Medicare Advantage (HMO) plan, attached to UHCCA's Request for Judicial Notice as Exhibit A.

**IT IS SO ORDERED.**

Dated: ____________________

____________________
Honorable David T. Bristowe
U.S. Magistrate Judge