UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-00658-KK-DTBx** | Date: | March ~~6~~9, 2026 |
| Title: | ***Catherine Brown v. Arrowhead Regional Medical Center et al.*** | | |

---

| | |
|---|---|
| Present: The Honorable | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Dominique Carr | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (In Chambers) Order GRANTING Defendant UHC of California's Motion to Dismiss [Dkt. 8]**

On December 5, 2025, plaintiff Catherine Brown ("Plaintiff") filed a Complaint against UHC of California[1] ("Defendant"), among other defendants, in San Bernardino County Superior Court. Dkt. 1, Notice of Removal ("NOR"). Plaintiff brings a wrongful death claim and survivorship action. NOR at 25-26.

On February 12, 2026, Defendant removed the case to this Court. Id. at 1. On February 19, 2026, Defendant filed the instant Motion to Dismiss on the grounds the Medicare Act, 42 U.S.C. §§ 1395w-21-28, as amended by the Medicare Prescription Drug, Improvement, and Modernization Act of 2003 ("Medicare Act") preempts Plaintiff's claims against Defendant. Dkt. 8, Motion ("Mot.") at 2.

Having reviewed the Motion and deemed Plaintiff's failure to file an opposition[2] consent to the granting of the Motion, Defendant's Motion is **GRANTED**. See C.D. Cal. L.R. 7-12 ("[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion."). Hence, Plaintiff's Complaint is **DISMISSED** with respect to all claims against Defendant with leave to amend.

---

[1] Petitioner's Complaint erroneously sues Defendant "United HealthCare Services, Inc." NOR at 17, 20.

[2] Plaintiff's opposition was due on February 26, 2026. See C.D. Cal. L.R. 7-10.

**No later than 14 days from the date of this Order**, Plaintiff may file a First Amended Complaint attempting to cure the deficiencies. If Plaintiff chooses to file an amended complaint, Plaintiff shall lodge as an exhibit a redlined version of the amended pleading indicating all additions and deletions of material. **Plaintiff is expressly warned that failure to timely file a First Amended Complaint will result in this action against Defendant being dismissed for failure to prosecute and comply with Court orders**. See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.