Jennifer Romano (SBN 195953)
jromano@crowell.com
Junga P. Kim (SBN 198980)
jpkim@crowell.com
Kelsey A. Hill (SBN 329496)
khill@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

*Attorneys for Defendant,*
UHC of California (erroneously sued as "United HealthCare Services, Inc.")

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

CATHERINE BROWN, AS SUCCESSOR-IN-INTEREST TO LILLIAN MARIE BROWN, DECEASED,

Plaintiff,

vs.

ARROWHEAD REGIONAL MEDICAL CENTER, COUNTY OF SAN BERNARDINO, SAN ANTONIO REGIONAL HOSPITAL, UPLAND REHABILITATION AND CARE CENTER, UNITED HEALTHCARE SERVICES, INC., and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:26-cv-00658-KK-ACCVx

**DECLARATION OF JUNGA P. KIM IN SUPPORT OF DEFENDANT UHC OF CALIFORNIA'S MOTION TO DISMISS WITH PREJUDICE UNDER F.R.C.P. 41(b) OR IN THE ALTERNATIVE UNDER F.R.C.P. 12(b)(6)**

Date: May 21, 2026
Time: 9:30 a.m.
Place: Courtroom 3

FAC Filed: March 23, 2026
Case Removed: February 12, 2026

District Judge Kenly Kiya Kato
Magistrate Judge Angela C. C. Viramontes

[*Filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Law in Support Thereof; [Proposed] Order Granting Motion to Dismiss*]

I, Junga P. Kim, declare and state as follows:

1. I am an attorney at law duly licensed to practice law in the State of California and am a partner at Crowell & Moring LLP, counsel for UHC of California ("UHCCA"), erroneously sued as United HealthCare Services, Inc. I have personal knowledge of the facts set forth in this declaration, and if called to testify as a witness, I could and would competently testify thereto. I make this Declaration in support of UHCCA's MOTION TO DISMISS WITH PREJUDICE UNDER F.R.C.P. 41(b) OR IN THE ALTERNATIVE 12(b)(6) (the "Motion").

2. On or about March 25, 2026, I communicated with Sebastian Bendeck, counsel for Plaintiff, regarding the Court's order on UHCCA's Motion to Dismiss, Plaintiff's First Amended Complaint, and Plaintiff's intentions with respect to UHCCA's status in this action, including whether Plaintiff intended to withdraw its pending Motion to Remand in light of the First Amended Complaint filed on March 23, 2026. Mr. Bendeck indicated that he is not lead counsel and will need to discuss the issue with Mr. James Arrasmith before taking a position.

3. On or about April 4, 2026, I followed up and spoke again with Mr. Bendeck. He advised that he is taking our request "seriously," but he was not yet able to confirm whether Plaintiff would withdraw the remand motion. I advised that in my view, the Court is unlikely to appreciate being asked to address a remand motion directed to a no-longer-operative pleading. I further requested that he provide his position no later than April 9 (a week before the hearing), rather than waiting until immediately before the hearing.

4. Attached hereto as **Exhibit A** is a true and correct copy of a letter from Plaintiff's counsel dated April 9, 2026, in which Plaintiff states that he would not withdraw the Motion to Remand, did not concede that the First Amended Complaint resolves UHCCA's status in this action, and expressly preserved "all arguments concerning removal, remand, subject-matter jurisdiction, and UHC of California's status in the action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 13th day of April, 2026 in Los Angeles, California.

*/s/ Junga P. Kim*________________
Junga P. Kim